RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 7978
david_anthony@fd.org
HEATHER FRALEY
Assistant Federal Public Defender
Texas Bar No. 24050621
heather_fraley@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-5819

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Allen Davis,<br><br>　　　　Petitioner-Appellant,<br><br>vs.<br><br>Kevin Chappell, Acting Warden,<br><br>　　　　Respondents-Appellees. | No. 3-13-cv-408-EMC<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |

　　　　For good cause appearing, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel filed by the Office of the Federal Public Defender for the District of Nevada is GRANTED. The Office of the Federal Public Defender for the District of Nevada is appointed to represent Mr. Davis in these proceedings.

　　　　IT IS SO ORDERED.

DATED: October 21, 2013

_____
Hon. Edward M. Chen
United States District Court Judge

[SEAL: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]

1