**United States District Court**
For the Northern District of California

1
2
3
4
5                                  UNITED STATES DISTRICT COURT
6                                  NORTHERN DISTRICT OF CALIFORNIA
7
8    RICHARD ALLEN DAVIS,                           No. C-13-0408 EMC
9                    Petitioner,                    **DEATH PENALTY CASE**
10          v.
                                                    **ORDER REQUESTING JOINT**
11   KEVIN CHAPPELL, Warden, San Quentin            **STATEMENT**
     State Prison,
12
                     Respondent.
13   _____/
14
15          The Court is in receipt of Petitioner's habeas petition, filed on January 13, 2014.  The Court
16   directs the parties to confer and prepare a joint statement proposing a schedule for lodging the
17   record, resolving any exhaustion issues and filing an answer.  The parties shall file their joint
18   statement no later than Wednesday, April 9, 2014.  The Court will thereafter schedule a case
19   management conference if necessary.
20
21          IT IS SO ORDERED.
22
23   Dated:  March 12, 2014
24                                                  _____
                                                    EDWARD M. CHEN
25                                                  United States District Judge
26
27
28