RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
MICHAEL PESCETTA
Assistant Federal Public Defender
Nevada Bar No. 2437
michael_pescetta@fd.org
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 7978
david_anthony@fd.org
HEATHER FRALEY
Assistant Federal Public Defender
Texas Bar No. 24050621
heather_fraley@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-5819

Attorneys for Petitioner

KAMALA D. HARRIS
Attorney General of California
RONALD S. MATTHIAS
Senior Assistant Attorney General
GLENN R. PRUDEN (No. 195089)
Glenn.Pruden@doj.ca.gov
Supervising Deputy Attorney General
ALICE B. LUSTRE (No. 241994)
Alice.Lustre@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Tel: (415) 703-5959
Fax: (415) 703-1234

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ALLEN DAVIS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Warden, San Quentin State Prison,<br><br>　　　　Respondent. | Case No. C-13-0408 EMC<br><br>**DEATH PENALTY CASE**<br><br>STIPULATION AND PR~~OPO~~SED ORDER TO EXTEND TIME TO FILE |

WHEREAS, on April 15, 2014, petitioner was ordered to file motions for equitable tolling and evidence preservation within forty-five (45) days;

WHEREAS counsel for petitioner has been unable to complete said motions due to unavoidable deadlines in other capital cases;

WHEREAS, the parties, having met and conferred;

IT IS HEREBY STIPULATED THAT:

Petitioner be permitted an additional thirty (30) days in which to file his motions for equitable tolling and evidence preservation, to and including June 30, 2014;

Further, that petitioner will not seek additional time beyond June 30, 2014, to file said motions.

All other provisions of the Court's April 15, 2014 Order not inconsistent with this Stipulation and Order shall remain in effect.

Respectfully Submitted By:

DATED: May 30, 2014.          RENE VALLADARES
                              Federal Public Defender

                              /s/ Michael Pescetta
                              MICHAEL PESCETTA
                              DAVID ANTHONY
                              HEATHER FRALEY
                              Assistant Federal Public Defenders

                              Attorneys for Petitioner
                              RICHARD ALLEN DAVIS

DATED: May 30, 2014.          KAMALA HARRIS
                              Attorney General for the State of California

                              /s/ Glenn R. Pruden
                              GLENN R. PRUDEN
                              Supervising Deputy Attorney General

                              Attorneys for Respondent
                              KEVIN CHAPPELL
                              Warden of San Quentin State Prison

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: \_\_\_\_\_6/2\_\_\_\_\_, 2014.  _____
4                                   HONORABLE
                                    United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

3

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-1(e)(1), I hereby certify that on this 30th day of May, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system: **STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Ronald S. Matthias
Senior Assistant Attorney General, Second Co-counsel

Glenn R. Pruden
Supervising Deputy Attorney General, Primary/Lead Counsel
Glenn.Pruden@doj.ca.gov

Alice B. Lustre
Deputy Attorney General, First Co-counsel
Alice.Lustre@doj.ca.gov

    /s/ Katrina Davidson
An employee of the Federal Public Defender