KAMALA D. HARRIS
Attorney General of California
RONALD S. MATTHIAS
Senior Assistant Attorney General
GLENN R. PRUDEN
Supervising Deputy Attorney General
State Bar No. 195089
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5959
  Fax:  (415) 703-1234
  E-mail:  Glenn.Pruden@doj.ca.gov
*Attorneys for Respondent*

RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
MICHAEL PESCETTA
Assistant Federal Public Defender
California Bar No. 88054
michael_pescetta@fd.org
HEATHER FRALEY
Assistant Federal Public Defender
Texas Bar No. 24050621
heather_fraley@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-5819
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RICHARD ALLEN DAVIS,**<br><br>Petitioner,<br><br>v.<br><br>**RON DAVIS, Acting Warden, San Quentin State Prison,**<br><br>Respondent. | CV13-00408 EMC<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER CONCERNING LITIGATION RELATED TO THE MIXED FEDERAL HABEAS PETITION** |

On February 19, 2015, counsel for the parties met and conferred telephonically regarding the exhaustion status of the claims in the amended finalized habeas petition filed on January 29, 2015.  *See* Habeas L. R. 2254-29(b).  The results of the meet and confer are as follows:

1.  Petitioner further amends the amended finalized petition as follows:

///

///

///

a.  The heading for Claim Twenty at p. 351 of Doc. 34 shall be changed to:

> **DAVIS'S FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS AND A RELIABLE SENTENCE WERE VIOLATED BECAUSE THE TRIAL COURT COMMITTED PREJUDICIAL ERROR BY ADMITTING OTHER-CRIMES EVIDENCE AT THE GUILT PHASE TO PROVE INTENT, MOTIVE, AND COMMON SCHEME TO COMMIT BURGLARY AND ATTEMPTED LEWD ACT UPON A CHILD.**

b.  The heading for Claim Twenty-Two at p. 375 of Doc. 34 shall be changed to:

> **DAVIS'S FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS AND A RELIABLE SENTENCE WERE VIOLATED BECAUSE THE TRIAL COURT ERRONEOUSLY GRANTED THE PROSECUTION'S MOTION TO VIEW THE "CRIME SCENE" WHEN THE PROBATIVE VALUE OF SUCH A VIEWING WAS FAR OUTWEIGHED BY THE PREJUDICE AND FURTHER RENDERED THE TRIAL PROCEEDING FUNDAMENTALLY UNFAIR AND UNRELIABLE.**

c.  The heading for Claim Twenty-Four at p. 386 of Doc. 34 shall be changed to:

> **DAVIS'S FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS AND A RELIABLE SENTENCE WERE VIOLATED BECAUSE THE TRIAL COURT COMMITTED PREJUDICIAL ERROR BY ADMITTING HIGHLY INFLAMMATORY PHOTOGRAPHS.**

d.  The heading for Claim Twenty-Nine at p. 417 of Doc. 34 shall be changed to:

> **DAVIS'S FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS, AND A RELIABLE SENTENCE WERE VIOLATED WHEN THE TRIAL COURT COMMITTED REVERSIBLE ERROR BY REJECTING DEFENSE INSTRUCTIONS FOR THE PENALTY PHASE, AND, AS A RESULT, THE JUDGMENT OF DEATH MUST BE REVERSED.**

2.  The parties agree that the amended finalized petition, including the changes to the headings for Claims 20, 22, 24, and 29, set forth above, is a mixed petition.  The parties further agree as to the exhaustion status of each of the thirty-seven claims in the petition, i.e., exhausted, fully unexhausted, partially unexhausted.  As to partially unexhausted claims the parties agree on which parts of these claims are unexhausted.

2

Joint Stip. And Proposed Order Concerning Litigation Related to The Mixed Federal Habeas Petition
*Davis v. Davis* -  (CV13-00408 EMC)

3.   Accordingly, the parties recommend that the following schedule be adopted by the Court for litigation of the mixed petition:

a.   Respondent shall file a motion to dismiss the mixed petition in lieu of an answer not later than March 2, 2015.  *See White v. Lewis*, 874 F.2d 599, 602 (9th Cir. 1989); *O'Bremski v. Maass*, 915 F.2d 418, 420 (9th Cir. 1990); Rules Governing Section 2254 Cases in the United States District Courts, Rule 4 and Advisory Committee Notes.

b. Petitioner shall file a joint pleading containing his response to the motion to dismiss; his motion for stay, *see Rhines v. Weber*, 544 U.S. 269, 277-78 (2005); and his motion for an evidentiary hearing as to procedural issues not later than May 1, 2015.

c.  Respondent shall file a joint pleading containing his reply, if any, to the response to the motion to dismiss; his response to the motion for *Rhines* stay; and his response to the motion for an evidentiary hearing on procedural issues not later than June 1, 2015.

d.  Petitioner shall file a joint pleading containing his replies, if any, to the responses to the motions for *Rhines* stay and for an evidentiary hearing on procedural issues not later than July 3, 2015.

///
///
///
///
///
///
///
///
///
///
///
///

1   Dated:  February 23, 2015                    Respectfully submitted,

2                                                KAMALA D. HARRIS
                                                 Attorney General of California
3                                                RONALD S. MATTHIAS
                                                 Senior Assistant Attorney General
4

5                                                /s/ Glenn R. Pruden
                                                 GLENN R. PRUDEN
6                                                Supervising Deputy Attorney General
                                                 *Attorneys for Respondent*
7

8
                                                 RENE L. VALLADARES
9                                                Federal Public Defender
                                                 Nevada Bar No. 11479
10                                               MICHAEL PESCETTA
                                                 Assistant Federal Public Defender
11                                               California Bar No. 88054
                                                 michael_pescetta@fd.org
12

13                                               /s/ Heather Fraley
                                                 HEATHER FRALEY
14                                               Assistant Federal Public Defender
                                                 Texas Bar No. 24050621
15                                               heather_fraley@fd.org
                                                 411 E. Bonneville Ave., Ste. 250
16                                               Las Vegas, Nevada 89101
                                                 Tel: (702) 388-6577
17                                               Fax: (702) 388-5819
                                                 *Attorneys for Petitioner*
18

19         PURSUANT TO STIPULATION, IT IS SO ORDERED.

20         DATED:  _____ March 5 _____, 2015.

21

22

23         E___                                  IT IS SO ORDERED
           United___
24

25                                               Judge Edward M. Chen

26

27

28
                                                4
       Joint Stip. And Proposed Order Concerning Litigation Related to The Mixed Federal Habeas Petition
                                      *Davis v. Davis -*  (CV13-00408 EMC)