Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Joanne L. Diamond
California Bar No. 298303
Assistant Federal Public Defender
Joanne_Diamond@fd.org
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN DAVIS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden,<br>San Quentin State Prison,<br><br>　　　　　　　Respondent. | Case No. 3:13-cv-00408 EMC<br><br>**STATUS REPORT**<br><br>**(DEATH PENALTY CASE)** |

Pursuant to this Court's Order, Mr. Davis files the instant report on the status of his exhaustion proceedings. ECF No. 44.

Since the filing of the last status report, Mr. Davis has continued to conduct informal discovery, largely with state and federal agencies. Mr. Davis's exhaustion Petition remains pending in the California Supreme Court. Mr. Davis will submit further status reports every ninety days pursuant to the Court's Order. ECF No. 44.

///

///

Mr. Davis's next status report will be filed on or before May 6, 2019.

DATED this 5th day of February, 2019.

RENE L. VALLADARES<br>
Federal Public Defender<br>
District Of Nevada<br>
<br>
<i>/s/ Joanne L. Diamond</i><br>
Assistant Federal Public Defender

STATUS REPORT  2  Case No. 3:13-cv-00408 EMC

# CERTIFICATE OF SERVICE

Pursuant to Civil LR 5-1(d)(1), I hereby certify that on February 5, 2019, I electronically filed the foregoing document with the U.S. District Court Clerk, for the Northern District of California by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

    Ronald S. Matthias
    Senior Assistant Attorney General
    Ronald.Matthias@doj.ca.gov

    Glenn R. Pruden
    Supervising Deputy Attorney General, Primary/Lead Counsel
    Glenn.Pruden@doj.ca.gov

    Alice B. Lustre
    Deputy Attorney General, First Co-counsel
    Alice.Lustre@doj.ca.gov

                                    */s/ Richard Chavez*
                                    An Employee of the
                                    Federal Public Defender
                                    District Of Nevada